Martin F. Casey (MFC-1415)
CASEY & BARNETT, LLC
317 Madison Ave, 21st Floor
New York, NY 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MOBILE EIGHT APPAREL CORP.,

          Plaintiff,

    - against -

HI-TEK WAREHOUSE CORP.

          Defendant,
------------------------------------------------------------X

08 Civ. 00424

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, MOBILE EIGHT APPAREL CORP., and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P, Rule 7.1.

MOBILE EIGHT APPAREL CORP. is not a publicly traded company.

Dated: New York, New York
       January 16, 2008
       228-24

                    CASEY & BARNETT, LLC
                    Attorneys for Plaintiff

                    By: _/s/ Martin F. Casey_
                        Martin F. Casey (MFC-1415)
                        317 Madison Ave, 21st Floor
                        New York, NY 10017
                        (212) 286-0225