SWEET J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MOBILE EIGHT APPAREL CORP.

    Plaintiff,

08 Civ. 424 (RWS)

- against -

NOTICE AND ORDER OF
VOLUNTARY
DISCONTINUANCE

HI TEK WAREHOUSE CORP.

    Defendant
-----------------------------------------------------------X

    IT IS HEREBY NOTICED that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
      June, 2008
      228-24

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/13/08

CASEY & BARNETT, LLC
Attorneys for Plaintiff

By: _____
Martin F. Casey (MFC-1415)
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225

SO ORDERED:

_____
U.S.D.J.
6/12/08

RECEIVED
JUN 0 6 2008
JUDGE SWEET CHAMBERS